IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                        CASE NO. 1:01-cr-00036-MP

JAMES FRANCIS BABIAK,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on the government's Application for Writ of Continuing Garnishment. (Doc. 81). Having examined the Application, the Court finds the requirements of 28 U.S.C. § 3205(b)(1) have been met. Accordingly, the Clerk is directed to issue the appropriate Writ of Continuing Garnishment.

    **DONE AND ORDERED** this *25th* day of September, 2012

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge